## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| SWIFT HARVEST USA, LLC <br><br> Plaintiff - Appellant, <br><br> v. <br> DOLLAR GENERAL CORPORATION <br><br> Defendant - Appellee. | 9th Cir. No. 19-55095 <br><br> STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL |

Pursuant to Federal Rule of Appellate Procedure 42(b), all parties hereby move the Court for an order dismissing the above-captioned appeal.

The parties have agreed that each side shall bear its own costs and fees on appeal.

Dated: Feb 5, 2020

/s/ Stephen L. Raucher
Attorney for Appellant

/s/ Tamany Vinson Bentz
Attorney for Appellee